### Case No. 16,199.
#### UNITED STATES v. ROUNSAVEL.
[2 Cranch, C. C. 133.] [1]

Circuit Court, District of Columbia. April Term, 1817.

##### GAMING—INFORMATION.

An information will not lie upon a presentment of a grand jury for public gambling, contrary to the Virginia statute of December 8, 1792 (chapter 96, § 5, p. 175).

Rule to show cause why an information should not be filed upon the presentment of the grand jury for playing at vingt et un at a tavern, contrary to the act of assembly.

[1] [Reported by Hon. William Cranch, Chief Judge.]

BY THE COURT. The statute has prescribed the mode of prosecution, and no other can be sustained. See U. S. v. Willis [Case No. 16,728], at November term, 1808, and U. S. v. Simms (in supreme court of the United States) 1 Cranch [5 U. S.] 252.

Rule discharged.